No. State 205.  PATTERSON, Plaintiff in error, V. STATE, Defendant in error.

(Also reported in 216 N. W. 2d 47.)

ERROR to review a judgment entered November 22, 1972, and an order entered March 7, 1973, of the circuit court for Milwaukee county: CHRIST T. SERAPHIM, Circuit Judge.

Criminal law. Burglary. Party to a crime. Sentence. Appropriateness.

The cause was submitted for the plaintiff in error on the brief of *Patrick J. Devitt,* Legal Aid Society of Milwaukee, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Michael R. Klos,* assistant attorney general.

Judgment and order affirmed.